Case: 1:08-mc-00502
Assigned To : Unassigned
Assign. Date : 8/4/2008
Description: miscellaneous

AO 451  (Rev.12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT
DISTRICT OF

**FILED**
AUG 0 4 2008
Clerk, U.S. District and
Bankruptcy Courts

United Energy Systems of Ukraine, PFG, a Ukranian Corporation

V.

Universal Trading & Investment Company, a Massachusetts corporation

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:  07-CV-12180-EFH

I, _____Sarah Allison Thornton_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ____7/7/2005____, as it

Date

appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind lilsted in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

4/9/2008
Date

SARAH A. THORNTON
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT CO., INC.<br><br>Judgment Creditor | Misc ~~CIVIL~~ ACTION No. 1:08-mc-502 (UNA)<br><br>REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT<br><br>28 U.S.C §1963 |

Judgment creditor Universal Trading & Investment Co., Inc., a Massachusetts corporation, acting through and by the undersigned attorneys, pursuant to 28 U.S. Code Section 1963, hereby files the Certified Judgment, for purposes of registration of said judgment, entered by the U.S. District Court for the District of Massachusetts on July 7, 2005, in the action Docket 97cv12180.

Annex: Certified Judgment from U.S. District Court for the District of Massachusetts on July 7, 2005, in the action Docket 97cv12180.

Dated: August 4, 2008.

Respectfully submitted:

/s/
GEORGE LAMBERT, Esq.
District of Columbia bar #979327
Law Offices
1025 Connecticut Ave., Suite 1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897
Attorneys for Judgment Creditor
E-mail: LawDC10@aol.com

1

4/9/2008

☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 7/7/2005

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

*Michael J Cataldo*

Clerk



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED ENERGY SYSTEMS OF UKRAINE, PFG, a Ukrainian corporation<br><br>Defendant in Counterclaim<br><br>vs.<br><br>UNIVERSAL TRADING & INVESTMENT COMPANY, a Massachusetts corporation<br><br>Plaintiff in Counterclaim | CIVIL ACTION: 97CV12180EFH<br><br>(~~PROPOSED~~) JUDGMENT<br><br>[Fed.R.Civ.P. 55(b)(2)] |

On July 7, 2005, the court considered application by Universal Trading & Investment Co., Inc., a Massachusetts corporation, for entry of default judgment against United Energy Systems of Ukraine, PFG, a Ukrainian corporation (hereinafter 'UESU'), under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action and the authorities cited, the court finds as follows:

1. A default was entered against UESU on February 22, 2005.

2. UESU is not a minor, an incompetent person or a current member of the military service. It is, or has been, a Ukrainian corporation that voluntarily submitted itself to the jurisdiction of this court by filing the underlying action with its claim that was subsequently dismissed.

3. After having appeared in this action, UESU then abandoned the litigation. UESU was given due notice of the motion for a default judgment, as required by Rule 55(b)(2) of the Federal Rules of Civil Procedure. UESU was at fault in abandoning this civil action.

1

4. Universal Trading & Investment Co. has established that UESU is liable to it for damages in the amount of $18,344,480.00. UESU knew of the amounts of the counterclaims, elected not to oppose the counterclaims and is deemed therefore to have admitted them.

THEREFORE, IT IS SO ORDERED that:

1. Default judgment is entered for Universal Trading & Investment Co., Inc. against United Energy Systems of Ukraine, PFG, in the amount of $18,344,480 and 00 cents.

2. This judgment shall bear interest at the judgment rate from the date of entry until paid.

Date: 7-7-05

_____
U.S. DISTRICT JUDGE

2